JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN RINCON RANGEL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GREENPOINT MORTGAGE FUNDING, ) <br> INC., et al., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:12-CV-03204-SVW-MRW <br><br> ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

On November 2, 2012, this Court entered an order dismissing Plaintiffs' claims against all defendants except defendant Cal-Western Reconveyance Corporation.  In its Order, the Court noted that the case lacked the papers showing that Plaintiffs were timely prosecuting their claims against Cal-Western, and ordered the Plaintiffs to show cause in writing no later than November 9, 2012 as to why the action should not be dismissed as to defendant Cal-Western.  Plaintiffs failed to do so,

and therefore the Court DISMISSES WITH PREJUDICE Plaintiffs' claims against defendant Cal-Western for lack of prosecution.

      IT IS SO ORDERED.

DATED: November 13, 2012

                                    STEPHEN V. WILSON

                            UNITED STATES DISTRICT JUDGE