JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGUSTIN RINCON RANGEL, et al., | ) | CASE NO. 2:12-CV-03204-SVW-MRW |
| | ) | |
| Plaintiffs, | ) ) | ORDER DISMISSING CASE FOR LACK OF PROSECUTION |
| v. | ) ) | |
| GREENPOINT MORTGAGE FUNDING, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

On November 2, 2012, this Court entered an order dismissing Plaintiffs' claims against all defendants except defendant Cal-Western Reconveyance Corporation. In its Order, the Court noted that the case lacked the papers showing that Plaintiffs were timely prosecuting their claims against Cal-Western, and ordered the Plaintiffs to show cause in writing no later than November 9, 2012 as to why the action should not be dismissed as to defendont Cal-Western. Plaintiffs failed to do so,

1  and therefore the Court DISMISSES WITH PREJUDICE Plaintiffs' claims
2  against defendant Cal-Western for lack of prosecution.

3

4      IT IS SO ORDERED.

5

6

7  DATED: November 13, 2012

8                                         STEPHEN V. WILSON
9                                    UNITED STATES DISTRICT JUDGE

2