1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN RINCON RANGEL and SERGIO RINCON,<br><br>            Plaintiffs,<br><br>       v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; AURORA BANK, FSB; GMAC MORTGAGE, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.: 2:12-CV-03204 SVW (MRWx)<br><br>*Assigned to Courtroom 6*<br>*The Hon. Stephen V. Wilson*<br><br>**JUDGMENT**<br><br>Complaint Filed:  February 23, 2012<br>FAC Filed:          September 17, 2012<br><br>Case Removed:    April 12, 2012<br><br>[Los Angeles Superior Court<br>Case No. NC057243] |

1  On August 14, 2012, the Court granted the Motions to Dismiss of Defendants Aurora Bank FSB and GMAC Mortgage, LLC and dismissed the Complaint against these defendants with prejudice (as confirmed by subsequent Orders of November 2, 2012 and November 26, 2012).  On November 2, 2012, the Court granted Defendant GreenPoint Mortgage Funding, Inc.'s Motion to Dismiss and dismissed the First Amended Complaint against GreenPoint Mortgage Funding, Inc.  On November 13, 2012, the Court dismissed the First Amended Complaint with prejudice against Cal-Western Reconveyance Corporation, the remaining defendant.

As the Court has resolved all claims through its Orders, Judgment is therefore appropriate.

IT IS HEREBY ORDERED that Judgment shall be entered in favor of Defendants GreenPoint Mortgage Funding, Inc.; Aurora Bank FSB; and Cal-Western Reconveyance and against Plaintiffs Agustin Rincon Rangel and Sergio Rincon.

Date:  December 4, 2012

Hon. Stephen V. Wilson
United States District Court Judge

-1-
JUDGMENT
Case No.: 2:12-CV-03204 SVW (MRWx)